# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

154062

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MENARD, INC.,
                Petitioner-Appellant,

v

CITY OF ESCANABA,
                Respondent-Appellee.

SC: 154062
COA: 325718
MTT: 00-441600; 14-001918-TT

_____/

       On order of the Court, the application for leave to appeal the May 26, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Court of Appeals exceeded its limited appellate review of a decision of the Michigan Tax Tribunal; and, if so, (2) whether the Michigan Tax Tribunal may utilize a valuation approach similar to that recognized in *Clark Equipment Company v Leoni Twp,* 113 Mich App 778 (1982). The parties should not resubmit mere restatements of their application papers.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



Clerk

p0125